# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138877

DARRYL MCGORE,

        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

        Defendant-Appellee.

_____

SC: 138877
CoA: 290565

        On order of the Chief Justice, plaintiff-appellant having failed to refile his pleadings as required by the order of May 14, 2009, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2009

                Clerk

jm